Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
BRIANA ROSS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA ROSS | Case No.: 1:19-cv-00619-BAM |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| Andrew Saul, Commissioner of Social Security | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including November 20, 2019, in which to submit Plaintiff's confidential letter brief; and that all other deadlines set forth in the May 9, 2019 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **October 31, 2019**      /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

-1-