McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | | |
|---|---|---|
| BRIANA ROSS, | ) | Case No. 1:19-cv-00619-BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR EXTENSION OF** |
| v. | ) | **TIME AND ORDER** |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 35 days to respond to Plaintiff's Opening Brief from March 4, 2020, up to and including April 8, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant requests this extension due to an extremely heavy workload, including a recent influx of matters that have been reassigned from staff departing Defendant's office. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 4, 2020          */s/ Cyrus Safa* *
Cyrus Safa
(* *authorized by email*)
Attorney for Plaintiff

Dated: March 4, 2020          McGREGOR W. SCOTT
United States Attorney

By:    */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendant's request for an extension of time to respond to Plaintiff's Opening Brief is GRANTED. Defendant's response to Plaintiff's Opening Brief shall be filed on or before April 8, 2020. All other deadlines in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **March 9, 2020**        /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE