1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone: (415) 977-8985
7       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRIANA ROSS, | Civil No. 1:19-cv-00619-BAM |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a *de novo* hearing and decision.

Upon remand to the Defendant, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) with directions to hold a new hearing and issue a new decision.

As noted, this stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

1

Respectfully submitted,

Date: April 8, 2020             Law Offices of Lawrence D. Rohlfing

By: */s/ Cyrus Safa* *
Cyrus Safa
(**By email authorization*)
Attorney for Plaintiff

Date: April 8, 2020             McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above stipulation.

IT IS SO ORDERED.

Dated: **April 9, 2020**             /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE